**No. 10-6643. Vincent A. Lowe, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8427.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 392 Fed. Appx. 477.

**No. 10-6645. Marvin Miller, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 538, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8417.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 371 Fed. Appx. 646.

**No. 10-6646. Saul Vincent Guilliot, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 539, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8443.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 416.

**No. 10-6653. William Martinez Santana, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 539, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8335.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 541.

**No. 10-6656. Jose Valencia-Barragan, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 539, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8395.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 1103.

**No. 10-6659. Michael Bracey, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 539, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8341.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 580.

**No. 10-6661. Richard Gordon Bloomer, Petitioner v. Wyoming.**

562 U.S. 1017, 131 S. Ct. 540, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8437.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 233 P.3d 971.

**No. 10-6666. Billy Joe Collins, Petitioner v. United States.**

562 U.S. 1017, 131 S. Ct. 540, 178 L. Ed. 2d 396, 2010 U.S. LEXIS 8442.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 405.